Keith A. ANSTINE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5053.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2011.

James L. Stanton, of Omaha, NE, for plaintiff-appellant.

Stacey K. Grigsby, Trail Attorney, Commercial Litigation Branch, Civil Division, United State Department of Justice, of Washington, DC, for defendant-appellee. Of counsel on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Captain Lanourra L. Phillips, Trial Attorney, Air Force Litigation Office, Military Personnel Division, of Joint Base Andrews, MD.

Before RADER, Chief Judge, NEWMAN and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**